# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-22438-BLOOM/Reid

RAFAEL QUINTANA MESA,

      Plaintiff,

v.

ATTORNEY GENERAL,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon the Petition for a Writ of Habeas Corpus, ECF No. [1] ("Petition"), filed on June 6, 2019. This case was previously referred to the Honorable Lisette M. Reid for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [4]. On July 22, 2019, Judge Reid issued a R&R recommending that this case be dismissed for failure to pay the applicable filing fee. ECF No. [9].[1] The R&R also stated that Petitioner could file any objections within fourteen days of receipt of a copy of the R&R. To date, Petitioner has not filed any objections, nor has he sought additional time in which to do so.

The Court has conducted a *de novo* review of Judge Reid's R&R and the record, and is otherwise fully advised in the premises. *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's R&R to be well reasoned and correct. The Court therefore agrees with the analysis in Judge Reid's R&R and concludes that this case should be dismissed for the reasons set forth therein.

---

[1] Judge Reid notes as well that the Petition is probably moot, as Petitioner no longer appears on the ICE Online Detainee Locator System and therefore was likely released.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's R&R, **ECF No. [9]**, is **ADOPTED**;

2. This case is **DISMISSED WITHOUT PREJUDICE**;

3. All pending motions are **DENIED AS MOOT**; and,

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 6, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Rafael Quintana Mesa, *pro se*
A 024 710 223
Krome Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194